IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TYRONE ROBINSON,

    Petitioner,

v.

REED RICHARDSON, Warden,
Stanley Correctional Institution,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 17-cv-750-wmc

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing petitioner Tyrone Robinson's petition for a writ of habeas corpus under 28 U.S.C. § 2254.

/s/                                                           6/19/2018

Peter Oppeneer, Clerk of Court                    Date