NOTICE OF APPEAL TO A COURT OF APPEALS

FROM A JUDGEMENT OR ORDER OF

A DISTRICT COURT


United States District Court For The Western

District Of Wisconsin

File No. 17-CV-750-WMC


Tyrone Robinson,

    Petitioner.

V.                                         Notice Of Appeal

Reed Richardson,

    Respondent.

Notice is hereby given that tyrone Robinson, in the above named case, hereby appeal to the United States Court of Appeals for the 7th circuit (from final judgement) from an order Decision by the court, entered in this action on the 11th day of september 2019.

                                         Tyrone Robinson #499959

                                         Stanley Correctional Inst.

                                         100 Corrections Drive

                                         Stanley, WI. 54768



U.S.C.A. - 7th Circuit
RECEIVED
OCT 15 2019
GINO J. AGNELLO
CLERK