APPENDIX OF FORMS TO FEDERAL
RULES OF APPELLATE PROCEDURE

DOC NO
REC'D/FILED
2019 OCT 24 AM 11: 11
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

FORM 1.
NOTICE OF APPEAL TO A COURT OF APPEALS
FROM A JUDGMENT OR ORDER OF A DISTRICT COURT

United States District Court for the Western District of Wisconsin

A. B., REED RICHARDSON Respondent
~~Plaintiff(s)~~,

v.

C.D., Tyrone Robinson Petitioner
~~Defendant(s)~~

File Number 19-3030

Notice of Appeal

Notice is hereby given that (here name all parties taking the appeal) (plaintiffs) (defendants) in the above named case, * hereby appeal to the United States Court of Appeals for the ___SEVENTH___ Circuit (from the final judgment) (from an order (describing it)) entered in this action on the _11_ day of ___Sept___, 2019

(s) Tyrone Robinson
Attorney for Pro Se
Address: 100 Corrections Dr,
Stanley, Wi. 54768

* See Rule 3(c) for permissible ways of identifying appellants.